# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aureliano Santiago et al., | **CASE NUMBER** |
| v.   PLAINTIFF(S) | CV15-08444 BRO (Ex) |
| City of Los Angeles et al., | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____    _____
Date                                       United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

See attached

11/10/2015                         [signature]
Date                                       United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV11-02874 PSG (AJWx)   and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Charles F. Eick___ to Magistrate Judge ___Andrew J. Wistrich___.

On all documents subsequently filed in this case, please substitute the initials   PSG (AJWx)   after the case number in place of the initials of the prior judge, so that the case number will read   CV15-08444 PSG (AJWx)  . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☑ Previous Judge    ☐ Statistics Clerk

CV-34 (03/15)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)

Although the two cases present similar legal theories, they are factually distinct. In *Tony Lavan, et al. v. City of Los Angeles*, CV 11-2874 PSG (AJWx), Plaintiffs are homeless individuals whose property was allegedly confiscated and destroyed by Defendant, even though there was allegedly no evidence that the property was abandoned. In *Aureliano Santiago, et al. v. City of Los Angeles, et al.*, CV 15-8444 BRO (Ex), Plaintiffs are street vendors whose property was allegedly confiscated and destroyed during patrols of the Downtown Los Angeles Fashion District by Defendants. The Court therefore does not believe that transfer is warranted.