SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNIÓN POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-08444-BRO-E<br><br>**REQUEST FOR RECONSIDERATION OF THE ORDER DENYING TRANSFER OF THIS CASE TO JUDGE GUTIERREZ** |

| | |
|---|---|
| 1 | MICHAEL KAUFMAN (SBN 254575) |
| 2 | JENNIFER L. PASQUARELLA (SBN 263241) |
|   | PETER BIBRING (SBN 223981) |
| 3 | **ACLU FOUNDATION OF SOUTHERN CALIFORNIA** |
| 4 | 1313 West 8th Street |
|   | Los Angeles, California 90017 |
| 5 | Telephone: (213) 977-5232 |
| 6 | Facsimile: (213) 417-2232 |
|   | E: mkaufman@aclusocal.org |
| 7 | E: jpasquarella@aclusocal.org |
| 8 | E: pbibring@aclusocal.org |
| 9 | CAROL A. SOBEL (SBN 84483) |
| 10 | COLLEEN M. MULLEN (SBN 299058) |
|    | **NATIONAL LAWYERS GUILD – LA** |
| 11 | 3110 Main Street, Suite 210 |
| 12 | Santa Monica, CA 90405 |
|    | Tel: 310 393 3055 |
| 13 | Fax: 310 451-3858 |
| 14 | E: carolsobel@aol.com |
|    | E. mullen.colleen1@gmail.com |
| 15 | |
| 16 | CYNTHIA ANDERSON-BARKER (SBN 175764) |
|    | **NATIONAL LAWYERS GUILD – LA** |
| 17 | 3435 Wilshire Blvd # 2910 |
| 18 | Los Angeles, CA 90010 |
|    | Tel: 213 381-3246 |
| 19 | Fax: 213 252-0091 |
| 20 | E: cablaw@hotmail.com |
| 21 | PAUL L. HOFFMAN (SBN 71244) |
| 22 | CATHERINE SWEETSER (SBN 271142) |
|    | **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN** |
| 23 | 723 Ocean Front Walk |
| 24 | Venice, California 90291 |
|    | Tel: 310 396-0731 |
| 25 | Fax: 310 399-7040 |
| 26 | E. hoffpaul@aol.com |
|    | E. catherine.sdshhh@gmail.com |
| 27 | |
| 28 | |

Plaintiffs respectfully request that the Court reconsider its order denying the transfer of this case to the Honorable Philip J. Gutierrez (Dkt. 11). In their civil cover sheet, Plaintiffs identified two related cases pending before Judge Gutierrez that present the same or substantially related or similar questions of law and fact: *Lavan, et. al, v. City of Los Angeles*, CV 11-2874 PSG (AJWx); and *Los Angeles Catholic Worker (LACW), et. al, v. Los Angeles Downtown Industrial Improvement District BID, et. al*, CV 14-07344 PSG (AJWx). Dkt. 3. In the order declining transfer, the Court stated that although this case and *Lavan* "present similar legal theories, they are factually distinct," Dkt. 11. The order made no mention of the *LACW* case.

To the extent the Court did not address the related *LACW* case, Plaintiffs respectfully request that the Court reconsider whether transfer is appropriate here. As discussed below, there are two reasons why this case should be considered related to the *LACW* case: the due process violations in the seizure and destruction of property and the coordinated conduct of the BID and the LAPD in carrying out the due process violation. As in *LACW*, this case involves seizures conducted by employees of a business improvement district (BID) and the involvement of the Los Angeles Police Department.

The cases raise legal questions regarding the both the BID's and the LAPD's liability for the seizures, notwithstanding whether the plaintiffs are homeless individuals or street vendors. The case, accordingly, may require the Court to resolve factual and legal issues that Judge Gutierrez has already addressed in *LACW*. *See* Order Denying Defendants' Motion to Dismiss, *LACW v. LA Downtown Industrial BID*, No. CV 14-7344-PSG (C.D. Cal. Jan. 13, 2015), ECF No. 30 at 4-6 (holding that City may be liable for seizures conducted by a BID through theories of agency, conspiracy, and as joint tortfeasors). This case therefore not only "present[s] similar legal theories" as in *Lavan* but also the unique factual and legal issues in *LACW*, the resolution of which may entail a

1  substantial duplication of labor if heard by different judges. *See* L.R. 83-1.3;
2  General Order 14-03.

4  Dated: November 13, 2015           Respectfully submitted,

                                     _____/s/_____
                                     By: SHAYLA R. MYERS
                                     Attorneys for Plaintiffs