SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNIÓN POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-08444-BRO-E<br><br>**[PROPOSED] ORDER RE: REQUEST FOR RECONSIDERATION OF THE ORDER DENYING TRANSFER OF THIS CASE TO JUDGE GUTIERREZ** |

1  MICHAEL KAUFMAN (SBN 254575)
2  JENNIFER L. PASQUARELLA (SBN 263241)
   PETER BIBRING (SBN 223981)
3  **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
4  1313 West 8th Street
   Los Angeles, California 90017
5  Telephone: (213) 977-5232
6  Facsimile: (213) 417-2232
   E: mkaufman@aclusocal.org
7  E: jpasquarella@aclusocal.org
8  E: pbibring@aclusocal.org

9  CAROL A. SOBEL (SBN 84483)
10 COLLEEN M. MULLEN (SBN 299058)
   **NATIONAL LAWYERS GUILD – LA**
11 3110 Main Street, Suite 210
12 Santa Monica, CA 90405
   Tel: 310 393 3055
13 Fax: 310 451-3858
14 E: carolsobel@aol.com
   E. mullen.colleen1@gmail.com
15
16 CYNTHIA ANDERSON-BARKER (SBN 175764)
   **NATIONAL LAWYERS GUILD – LA**
17 3435 Wilshire Blvd # 2910
18 Los Angeles, CA 90010
   Tel: 213 381-3246
19 Fax: 213 252-0091
20 E: cablaw@hotmail.com

21 PAUL L. HOFFMAN (SBN 71244)
22 CATHERINE SWEETSER (SBN 271142)
   **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
23 723 Ocean Front Walk
24 Venice, California 90291
   Tel: 310 396-0731
25 Fax: 310 399-7040
26 E. hoffpaul@aol.com
   E. catherine.sdshhh@gmail.com
27
28

The Court previously issued an order denying the transfer of this case to the Honorable Philip J. Gutierrez (Dkt. 11). In their civil cover sheet, Plaintiffs identified two related cases pending before Judge Gutierrez that present the same or substantially related or similar questions of law and fact: *Lavan, et. al*, *v. City of Los Angeles*, CV 11-2874 PSG (AJWx); and *Los Angeles Catholic Worker (LACW)*, *et. al*, *v. Los Angeles Downtown Industrial Improvement District BID*, *et. al*, CV 14-07344 PSG (AJWx). Dkt. 3.  The Court's initial order declining transfer addressed only the *Lavan* case and made no mention of the *LACW* case. Dkt. 11.

Based upon a review of Plaintiffs' Request to Reconsider, the Court finds that there is a substantial basis to transfer this action as a related case to the *LACW* case because it raises factual and legal issues that are before the Court in the *LACW* case.  Specifically, the *LACW* case, like the present case, raises virtually identical questions regarding the interaction of the Los Angeles Police Department and a BID and resulting constitutional violations. The present case, accordingly, may require the Court to resolve factual and legal issues that were already addressed in *LACW. See* Order Denying Defendants' Motion to Dismiss, *LACW v. LA Downtown Industrial BID*, No. CV 14-7344-PSG (C.D. Cal. Jan. 13, 2015), ECF No. 30 at 4-6 (holding that City may be liable for seizures conducted by a BID through theories of agency, conspiracy, and as joint tortfeasors).

Because the resolution of the case may entail a substantial duplication of labor if heard by different judges, the Request for Reconsideration is granted and the Order to Transfer is accepted. . *See* L.R. 83-1.3; General Order 14-03.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

1