**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**RONALD S. WHITAKER**, Managing Assistant City Attorney
**ERIC BROWN**, Deputy City Attorney (**SBN 170410**)
Email:  Eric.Brown@lacity.org
200 North Main Street, City Hall East, 9th Floor
Los Angeles, California 90012
Tel: (213) 473-6877
Fax: (213) 473-6818

*Attorneys for Defendant* CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual capacity; OFFICER OWEN, *in her individual capacity and official* capacity; DOES 1-10,<br><br>Defendants. | **CASE NO.: CV15-08444 BRO(Ex)**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (Local Rule 8-3)**<br><br>**Complaint Served:  December 1, 2015**<br><br>**Current Response Date:  December 22, 2015**<br><br>**New Response Date:  January 19, 2015** |

1
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND

1  TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

2  　　　Plaintiffs and Defendant City of Los Angeles, through their respective counsel of
3  record, hereby stipulate to continue the date for Defendant's response to the complaint to
4  January 19, 2016 pursuant to Local Rule 8-3.

5  　　　Local Rule 8-3 provides in pertinent part:

6  　　　"A stipulation extending the time to respond to the initial complaint shall
7  　　　be filed with the Clerk.  If the stipulation, together with any prior   stipulations,
8  　　　does not extend the time for more than a cumulative total
9  　　　of thirty (30) days from the date the response initially would have
10 　　　been due, the stipulation need not be approved by the judge."

11 　　　The complaint was served on the Defendant on December 1, 2015.  The original
12 response date was December 22, 2015.  Thereafter, the parties, through their counsel
13 stipulated that Defendant City of Los Angeles shall have until January 19, 2016 to
14 respond.  There have been no other stipulations for an extension.

15

16 DATED:  December 17, 2015    **MICHAEL N. FEUER**, City Attorney
                                **THOMAS H. PETERS**, Chief Assistant City Attorney
17                              **RONALD S. WHITAKER**, Managing Assistant City
18                              Attorney

19                              By: ____/s/_Eric Brown_____
20                                   **ERIC BROWN**
21                                  Deputy City Attorney
                                    *Attorneys for Defendant*
22                                  **CITY OF LOS ANGELES**
23

24 DATED:  December 18, 2015    LEGAL AID FOUNDATION OF LOS ANGELES
                                ACLU FOUNDATION OF SOUTHERN CALIFORNIA
25                              SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
26
                                By: ____/s/ Carol Sobel_____
27                                  **CAROL SOBEL,** *Attorneys for Plaintiffs*
28                              NATIONAL LAWYERS GUILD – LOS ANGELES