Barry A. Bradley, Esq., State Bar No. 125353
   bbradley@bglawyers.com
Carol A. Humiston, Esq., State Bar No. 115592
   chumiston@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendant DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendant. | Case No. 2:15-CV-08444-BRO (Ex)<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>*(Assigned to the Hon. Beverly Reid O'Connel)*<br><br>Complaint Filed: 10/28/2015<br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

///

///

///

///

1

STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED BETWEEN PLAINTIFFS AND THE DEFENDANT DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT ("LA FD BID")AS FOLLOWS:

1. LA FD BID has been served with the Complaint, with a responsive pleading due on or about December 21, 2015;

2. LA FD BID has given plaintiffs notice of the intention, if necessary, to file a Motion to Dismiss;

3. The parties have agreed to attempt to resolve this matter, preferably with a neutral magistrate judge, judge, or mediator, before the necessity of filing a Motion to Dismiss or other formal responsive pleading is required;

4. The plaintiffs and the LA FD BID hereby stipulate, subject to Court approval, to extend the time for LA FD BID to file a responsive pleading, until January 25, 2016, in order to give the parties an opportunity to try to resolve the matter.

Dated: December 21, 2015        BRADLEY & GMELICH

By: _____
Barry A. Bradley
Carol A. Humiston

Attorneys for Cross-Defendant,
DOWNTOWN LOS ANGELES
PROPERTY OWNERS ASSOCIATION
dba LA FASHION DISTRICT BUSINESS
IMPROVEMENT DISTRICT

2

STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT

Dated: December 21, 2015          NATIONAL LAWYERS GUILD - LA

By: *Carol A. Sobel* (signature)
    Carol A. Sobel

    Attorneys for Plaintiff, AURELIANO
    SANTIAGO AND UNION POPULAR DE
    VENTEDORES AMBULANTES

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On December 21, 2015, I served true copies of the following document(s) described as **STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2015, at Glendale, California.

_Lorraine Jones_
Lorraine Jones

STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT

# SERVICE LIST
### *Aureliano Santiago, et al. vs. City of Los Angeles, et al.*
### 2:15-CV-08444

| | |
|---|---|
| Claudia Menjivar, Esq.<br>Shayla R. Myers, Esq.<br>Matthew G. Clark, Esq.<br>Legal Aid Foundation of Los Angeles<br>7000 South Broadway<br>Los Angeles, CA 90003<br>Telephone: 213-640-3831<br>Facsimile: 213-640-3988<br>*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes* | Peter Bibring, Esq.<br>Michael Kaufman, Esq.<br>Jennifer L. Pasquarella, Esq.<br>ACLU Foundation of Southern California<br>1313 West 8th Street<br>Los Angeles, CA 90017<br>Telephone: 213-977-5232<br>Facsimile: 213-417-2232<br>*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes* |
| Colleen M. Mullen, Esq.<br>Carol A. Sobel, Esq.<br>National Lawyers Guild - LA<br>3110 Main Street, Suite 210<br>Santa Monica, CA 90405<br>Telephone: 310-393-3055<br>Facsimile: 310-451-3858<br>*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes* | Cynthia Anderson-Barker, Esq.<br>National Lawyers Guild - LA<br>3435 Wilshire Boulevar, Suite 2910<br>Los Angeles, CA 90010<br>Telephone: 213-381-3246<br>Facsimile: 213-252-0091<br>*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes* |
| Catherine Sweetser, Esq.<br>Paul L. Hoffman, Esq.<br>Schonbrun, Seplow, Harris & Hoffman<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Telephone: 310-396-0731<br>Facsimile: 310-399-7040<br>*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes* | Ronald Whittaker, Esq.<br>Eric Brown, Esq.<br>L.A. City Attorney Office<br>200 N. Main Street, 9th Floor<br>City Hall East, Room 916<br>Los Angeles, CA 90012<br>Telephone: 213-473-6848<br>Facsimile: 213.473.6818<br>*Attorney for City of Los Angeles* |