UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendant. | Case No. 2:15-CV-08444-BRO (Ex)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR THE DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT**<br><br>*(Assigned to the Hon. Beverly Reid O'Connell)*<br><br>Complaint Filed: 10/28/2015<br>Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE,

The LA FD BID is granted an extension of time to respond to the Complaint until January 25, 2016.

IT IS SO ORDERED.

Dated: ______________________

______________________
Hon. Beverly Reid O'Connell
Judge, United States District Court

Respectfully submitted by:

Barry A. Bradley, Esq., State Bar No. 125353
bbradley@bglawyers.com
Carol A. Humiston, Esq., State Bar No. 115592
chumiston@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Cross-Defendant, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT

BRADLEY & GMELICH

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On December 21, 2015, I served true copies of the following document(s) described as **[PROPOSED] ORDER EXTENDING TIME FOR THE DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bradley & Gmelich's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2015, at Glendale, California.



Lorraine Jones

**SERVICE LIST**
***Aureliano Santiago, et al. vs. City of Los Angeles, et al.***
**2:15-CV-08444**

Claudia Menjivar, Esq.
Legal Aid Foundation of Los Angeles
7000 South Broadway
Los Angeles, CA 90003
Telephone: 213-640-3831
Facsimile: 213-640-3988
***Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes***

Peter Bibring, Esq.
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213-977-5232
Facsimile: 213-417-2232
***Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes***

Colleen M. Mullen, Esq.
National Lawyers Guild - LA
3110 Main Street, Suite 210
Santa Monica, CA 90405
Telephone: 310-393-3055
Facsimile: 310-451-3858
***Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes***

Cynthia Anderson-Barker, Esq.
National Lawyers Guild - LA
3435 Wilshire Boulevar, Suite 2910
Los Angeles, CA 90010
Telephone: 213-381-3246
Facsimile: 213-252-0091
***Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes***

Catherine Sweetser, Esq.
Schonbrun, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291
Telephone: 310-396-0731
Facsimile: 310-399-7040
***Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes***

Ronald Whittaker, Esq.
Eric Brown, Esq.
L.A. City Attorney Office
200 N. Main Street, 9th Floor
City Hall East, Room 916
Los Angeles, CA 90012
Telephone: 213-473-6848
Facsimile: 213.473.6818
***Attorney for City of Los Angeles***

BRADLEY & GMELICH

2

[PROPOSED] ORDER EXTENDING TIME FOR THE DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT TO RESPOND TO THE COMPLAINT