1  Barry A. Bradley, Esq., State Bar No. 125353
   bbradley@bglawyers.com
2  Carol A. Humiston, Esq., State Bar No. 115592
   chumiston@bglawyers.com
3  BRADLEY & GMELICH
   700 North Brand Boulevard, 10th Floor
4  Glendale, California 91203-1422
   Telephone:  (818) 243-5200
5  Facsimile:   (818) 243-5266

6  Attorneys for Defendant DOWNTOWN
   LOS ANGELES PROPERTY OWNERS
7  ASSOCIATION dba LA FASHION
   DISTRICT BUSINESS IMPROVEMENT
8  DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendant. | Case No. 2:15-CV-08444-BRO (Ex)<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT AND THE CITY OF LOS ANGELES, OFFICER LINTON, AND OFFICER OWEN TO RESPOND TO THE COMPLAINT**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>*(Assigned to the Hon. Beverly Reid O' Connel)*<br><br>Complaint Filed:  10/28/2015<br>Discovery Cutoff: None Set<br>Motion Cutoff:    None Set<br>Trial Date:       None Set |

26  / / /
27  / / /
28  / / /

1

STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED BETWEEN PLAINTIFFS AND THE DEFENDANT DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT ("LA FD BID"), THE CITY OF LOS ANGELES, OFFICER LINTON AND OFFICER OWEN ("CITY") AS FOLLOWS:

1. LA FD BID has been served with the Complaint, has given notice of the intention to file a Motion to Dismiss, and this Court previously granted an extension to respond to the Complaint until January 25, 2016;

2. The CITY has been served with the Complaint, and has given notice of the intention to file a Motion to Dismiss;

3. The parties have agreed to a settlement conference with Magistrate Judge Charles F. Eick on February 11, 2016, at 1:30 p.m., before the necessity of filing Motions to Dismiss or other formal responsive pleading is required;

4. The plaintiffs, the LA FD BID, and the CITY hereby stipulate, subject to Court approval, to extend the time for these defendants to file a responsive pleading, until February 25, 2016, in order to give the parties an opportunity to try to resolve the matter.

///
///
///
///
///
///
///
///
///

Dated:  January 19, 2016                BRADLEY & GMELICH


By:     /s/
    _____
        Barry A. Bradley
        Carol A. Humiston

Attorneys for Defendant DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT

Dated:  January 19, 2016                LOS ANGELES CITY ATTORNEY'S OFFICE


By:     /s/
    _____
        Eric Brown

Attorneys for Defendants CITY OF LOS ANGELES, OFFICER LINTON AND OFFICER OWEN

Dated:  January 19, 2016                NATIONAL LAWYERS GUILD - LA


By:     /s/
    _____
        Carol A. Sobel

Attorneys for Plaintiff AURELIANO SANTIAGO AND UNION POPULAR DE VENTEDORES AMBULANTES

All parties have authorized the use of their electronic signatures for this document.

3
STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT