# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendants. | Case No. 2:15-CV-08444- BRO (Ex)<br><br>[PROPOSED] ORDER EXTENDING TIME FOR THE DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>*(Assigned to the Hon. Beverly Reid O'Connell)*<br><br>Complaint Filed:    10/28/2015<br>Discovery Cutoff:  None Set<br>Motion Cutoff:       None Set<br>Trial Date:              None Set |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE,

The Defendants are granted an extension of time to respond to the Complaint until February 25, 2016.

IT IS SO ORDERED.

Dated: January 21, 2016

Hon. Beverly Reid O'Connell
Judge, United States District Court

Respectfully submitted by:

Barry A. Bradley, Esq., State Bar No. 125353
  bbradley@bglawyers.com
Carol A. Humiston, Esq., State Bar No. 115592
  chumiston@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:  (818) 243-5266

Attorneys for Cross-Defendant, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT