```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES - GENERAL
```

Case No. CV 15-8444-BRO(Ex)            Date: February 11, 2016

Title: AURELIANO SANTIAGO, et al.  v.  CITY OF LOS ANGELES, et al.
================================================================
DOCKET ENTRY
================================================================
PRESENT:
        **HON. CHARLES F. EICK, MAGISTRATE JUDGE**


        **Stacey Pierson**                        **Courtsmart**
        **Deputy Clerk**                         Court Reporter


ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:

 Carol Sobel                        Carol Humiston
 Michael Kaufman                    Eric Brown
 Cynthia Anderson-Barker            Ronald Whitaker
 Shayla Myers


PROCEEDINGS: SETTLEMENT CONFERENCE

        Case called. Counsel make their appearances.  The
   Court hears discussion.  Parties retire to chambers to
   proceed with the settlement conference.

        Settlement is not reached.




                                   initials of Deputy Clerk sp