1 | Barry A. Bradley, Esq., State Bar No. 125353
    bbradley@bglawyers.com
2 | Carol A. Humiston, Esq., State Bar No. 115592
    chumiston@bglawyers.com
3 | BRADLEY & GMELICH
    700 North Brand Boulevard, 10th Floor
4 | Glendale, California 91203-1422
    Telephone:  (818) 243-5200
5 | Facsimile:   (818) 243-5266

6 | Attorneys for Defendant DOWNTOWN
    LOS ANGELES PROPERTY OWNERS
7 | ASSOCIATION dba LA FASHION
    DISTRICT BUSINESS IMPROVEMENT
8 | DISTRICT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>　　　　　Defendant. | Case No. 2:15-CV-08444-BRO (Ex)<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT AND THE CITY OF LOS ANGELES, OFFICER LINTON, AND OFFICER OWEN TO RESPOND TO THE COMPLAINT**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>*(Assigned to the Hon. Beverly Reid O' Connel)*<br><br>Complaint Filed:   10/28/2015 |

/ / /

/ / /

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED BETWEEN PLAINTIFFS AND THE DEFENDANT DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT ("LA FD BID"), THE CITY OF LOS ANGELES, OFFICER LINTON AND OFFICER OWEN ("CITY") AS FOLLOWS:

1. LA FD BID has been served with the Complaint, has given notice of the intention to file a Motion to Dismiss, and this Court previously granted a first extension to respond to the Complaint until January 25, 2016, a second extension to respond to the Complaint until February 25, 2016, and a third extension to respond to the Complaint to April 11, 2016;

2. The CITY has been served with the Complaint, has given notice of the intention to file a Motion to Dismiss, and this Court previously granted a first extension to respond to the Complaint until February 25, 2016, and a second extension to respond to the Complaint until April 11, 2016;

3. Plaintiffs' counsel have indicated that in the event that the parties are unable to resolve this matter to their mutual satisfactions, a First Amended Complaint will be filed;

4. The parties held a settlement conference with Magistrate Judge Charles F. Eick on February 11, 2016, at 1:30 p.m., which was adjourned at the end of the day, but the parties agreed to further settlement negotiations before Magistrate Judge Eick;

5. The first available date for all parties to continue the settlement conference with Magistrate Judge Eick was April 18, 2016, but due to a trial that was unexpectedly not continued on that date, the parties are attempting to reschedule with Judge Eick for late April to mid-May;

6. The plaintiffs, the LA FD BID, and the CITY hereby stipulate, subject to Court approval, to extend the time for these defendants to file a responsive

pleading, until June 1, 2016, in order to give the parties an opportunity to try to resolve the matter.

Dated: April 7, 2016              BRADLEY & GMELICH

By:     /s/ Carol Humiston
        Barry A. Bradley
        Carol A. Humiston
        Attorneys for Defendant DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT

Dated: April 7, 2016              LOS ANGELES CITY ATTORNEY'S OFFICE

By:     /s/ Eric Brown
        Eric Brown
        Attorneys for Defendants CITY OF LOS ANGELES, OFFICER LINTON AND OFFICER OWEN

Dated: April 7, 2016              NATIONAL LAWYERS GUILD - LA

By:     /s/ Carol A. Sobel
        Carol A. Sobel
        Attorneys for Plaintiff AURELIANO SANTIAGO AND UNION POPULAR DE VENTEDORES AMBULANTES

All parties have authorized the use of their electronic signatures for this document.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, California 91203.

On April 7, 2016, I served true copies of the following document(s) described as **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT AND THE CITY OF LOS ANGELES, OFFICER LINTON, AND OFFICER OWEN TO RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2016, at Glendale, California.

_____
Patricia J. Morse

1

2:15-CV-08444- BRO (Ex)
STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

# SERVICE LIST
### *Aureliano Santiago, et al. vs. City of Los Angeles, et al.*
### 2:15-CV-08444

Claudia Menjivar, Esq.
Legal Aid Foundation of Los Angeles
7000 South Broadway
Los Angeles, CA 90003
Telephone: 213-640-3831
Facsimile: 213-640-3988
*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes*

Peter Bibring, Esq.
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: 213-977-5232
Facsimile: 213-417-2232
*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes*

Colleen M. Mullen, Esq.
National Lawyers Guild - LA
3110 Main Street, Suite 210
Santa Monica, CA 90405
Telephone: 310-393-3055
Facsimile: 310-451-3858
*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes*

Cynthia Anderson-Barker, Esq.
National Lawyers Guild - LA
3435 Wilshire Boulevar, Suite 2910
Los Angeles, CA 90010
Telephone: 213-381-3246
Facsimile: 213-252-0091
*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes*

Catherine Sweetser, Esq.
Schonbrun, Seplow, Harris & Hoffman
723 Ocean Front Walk
Venice, CA 90291
Telephone: 310-396-0731
Facsimile: 310-399-7040
*Attorney for Plaintiff, Aureliano Santiago and Union Popular DE Ventedores Ambulantes*

Ronald Whitaker, Esq.
Eric Brown, Esq.
L.A. City Attorney Office
200 N. Main Street, 9th Floor
City Hall East, Room 916
Los Angeles, CA 90012
Telephone: 213-473-6848
Facsimile: 213.473.6818
*Attorney for City of Los Angeles*