1  **MICHAEL N. FEUER, City Attorney**
2  **THOMAS H. PETERS, Chief Assistant City Attorney**
   **ERIC BROWN, Deputy City Attorney (SBN 170410)**
3  **200 North Main Street, Room 675**
4  **Los Angeles, California 90012**
   **Telephone: (213) 978-7508**
5  **Facsimile: (213) 978-7011**
6  **Eric.Brown@lacity.org**

7  **Attorneys for Defendants**
8  **CITY OF LOS ANGELES, KAREN OWENS, and JAMILAH LINTON**

9              **UNITED STATES DISTRICT COURT**
10
           **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
11

| | |
|---|---|
| 12  **AURELIANO SANTIAGO, an individual; and UNION POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,** | **CASE NO.: 2:15-cv-08444-BRO-E** [*Assigned to the Honorable Beverly Reid O'Connel, Courtroom 14*] |
| 15           **Plaintiffs,** | **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND RESERVATION OF RIGHT TO RE-FILE** |
| 16 | |
| 17       vs. | **[L.R. 7-16]** |
| 18  **CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual capacity; OFFICER OWEN,** *in her individual capacity and official* **capacity; DOES 1-10,** | **Motion Hearing Information** Date:  June 13, 2016 Time:  1:30 p.m. Place:  Courtroom 14 |
| 25           **Defendants.** | |

---

1
**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendants CITY OF LOS ANGELES, KAREN OWENS and JAMILAH LINTON, pursuant to Local Rule 7-16, hereby withdraw the motion to dismiss currently set for hearing on June 13, 2016 at 1:30 p.m.

Defendants reserve their right to re-file the motion at a later time pursuant to applicable deadlines.

DATED: May 18, 2016         MICHAEL N. FEUER, City Attorney
                            THOMAS H. PETERS, Chief Asst. City Attorney
                            **ERIC BROWN,** Deputy City Attorney


                            By: _____/s/ Eric Brown_____
                                    ERIC BROWN
                                    Deputy City Attorney

                            Attorneys for Defendants
                            CITY OF LOS ANGELES, KAREN OWENS, and
                            JAMILAH LINTON

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**