1  MICHAEL N. FEUER, City Attorney
2  THOMAS H. PETERS, Chief Assistant City Attorney
   ERIC BROWN, Deputy City Attorney (SBN 170410)
3  200 North Main Street, Room 675
4  Los Angeles, California 90012
   Telephone: (213) 978-7508
5  Facsimile: (213) 978-7011
6  Eric.Brown@lacity.org

7  Attorneys for Defendants
8  CITY OF LOS ANGELES, KAREN OWENS, and JAMILAH LINTON

9              UNITED STATES DISTRICT COURT
10
11       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual capacity; OFFICER OWEN, *in her individual capacity and official* capacity; DOES 1-10,<br><br>Defendants. | CASE NO.: 2:15-cv-08444-BRO-E<br>[*Assigned to the Honorable Beverly Reid O'Connel, Courtroom 14*]<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS AND RESERVATION OF RIGHT TO RE-FILE**<br>[L.R. 7-16]<br><br><u>Motion Hearing Information</u><br>Date:  June 13, 2016<br>Time:  1:30 p.m.<br>Place: Courtroom 14 |

1

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendants CITY OF LOS ANGELES, KAREN OWENS and JAMILAH LINTON, pursuant to Local Rule 7-16, hereby withdraw the motion to dismiss currently set for hearing on June 13, 2016 at 1:30 p.m.

Defendants reserve their right to re-file the motion at a later time pursuant to applicable deadlines.

DATED: May 18, 2016
MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Asst. City Attorney
**ERIC BROWN,** Deputy City Attorney

By: _____/s/ Eric Brown_____
ERIC BROWN
Deputy City Attorney

Attorneys for Defendants
CITY OF LOS ANGELES, KAREN OWENS, and JAMILAH LINTON