```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES - GENERAL
```

Case No. CV 15-8444-BRO(Ex)                Date: May 16, 2016

Title: AURELIANO SANTIAGO, et al.  v.  CITY OF LOS ANGELES, et al.
==================================================================
DOCKET ENTRY
==================================================================
PRESENT:
     **HON. CHARLES F. EICK, MAGISTRATE JUDGE**


          **Stacey Pierson**                       **Courtsmart**
           **Deputy Clerk**                        Court Reporter


ATTORNEYS PRESENT FOR PLTFS:         ATTORNEYS PRESENT FOR DEFTS:

 Carol Sobel                          Carol Humiston
 Michael Kaufman                      Eric Brown
 Cynthia Anderson-Barker
 Shayla Myers
 Catherine Sweetser


PROCEEDINGS: SETTLEMENT CONFERENCE

          Case called. Counsel make their appearances.  The
     Court hears discussion.  Parties retire to chambers to
     proceed with the settlement conference.

          Settlement is not reached.




                                   initials of Deputy Clerk sp