Barry A. Bradley, Esq., State Bar No. 125353
  *bbradley@bglawyers.com*
Carol A. Humiston, Esq., State Bar No. 115592
  *chumiston@bglawyers.com*
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone:  (818) 243-5200
Facsimile:   (818) 243-5266

Attorneys for Defendant DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNION POPULOR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>        Defendant. | Case No. 2:15-CV-08444-BRO (Ex)<br><br>**FIFTH JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS DOWNTOWN LOS ANGELES BUSINESS OWNERS ASSOCIATION DBA LOS ANGELES FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT AND THE CITY OF LOS ANGELES, OFFICER LINTON, AND OFFICER OWEN TO RESPOND TO THE COMPLAINT**<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>*(Assigned to the Hon. Beverly Reid O' Connel)*<br><br>Complaint Filed:  10/28/2015<br>Discovery Cutoff: None Set<br>Motion Cutoff:    None Set<br>Trial Date:       None Set |

/ / /

/ / /

/ / /

1
STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

## STIPULATION TO EXTEND TIME

It is hereby stipulated between Plaintiffs and the defendant Downtown Los Angeles Property Owners Association dba Los Angeles Fashion District Business Improvement District ("LA FD BID"), the City of Los Angeles, Officer Linton and Officer Owen ("City") as follows:

1. LA FD BID has been served with the Complaint, has given notice of the intention to file a Motion to Dismiss, and this Court previously granted a first extension to respond to the Complaint until January 25, 2016, and a second extension to respond to the Complaint until February 25, 2016;

2. The CITY has been served with the Complaint, and filed a Motion to Dismiss that has since been withdrawn to allow further settlement discussions to take place in this action;

3. Plaintiffs' counsel have indicated that in the event that the parties are unable to resolve this matter to their mutual satisfactions, a First Amended Complaint will be filed;

4. The parties have made substantial progress in settlement discussions: they have held two settlement conferences with Magistrate Judge Charles F. Eick and have scheduled a third settlement conference for June 22, 2016;

5. On April 11, 2016, the Court granted the Fourth Stipulation filed by the parties to extend the time to file responsive pleadings to the Complaint, with the current extension set to expire on June 1, 2016 (Docket #28);

6. The plaintiffs, the LA FD BID, and the CITY hereby stipulate, subject to Court approval, to extend the time for these defendants to file a responsive pleading, until July 18, 2016, in order to give the parties an opportunity to try to resolve the matter;

| | | |
|---|---|---|
| 1 | Dated: May ___, 2016 | BRADLEY & GMELICH |
| 2 | | |
| 3 | | By:     /s/ |
| 4 | | Barry A. Bradley |
| | | Carol A. Humiston |
| 5 | | Attorneys for Defendant DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION dba LA FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT |
| 9 | Dated: May __, 2016 | LOS ANGELES CITY ATTORNEY'S OFFICE |
| 10 | | By:     /s/ |
| 11 | | Eric Brown |
| | | Attorneys for Defendants CITY OF LOS ANGELES, OFFICER LINTON AND OFFICER OWEN |
| 14 | Dated: May ___, 2016 | NATIONAL LAWYERS GUILD - LA |
| 15 | | By:     /s/ |
| 16 | | Carol A. Sobel |
| | | Attorneys for Plaintiff AURELIANO SANTIAGO AND UNION POPULAR DE VENTEDORES AMBULANTES |

All parties have authorized the use of their electronic signatures for this document.

3
STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT