1  Carol A. Sobel, SBN 84483
   Colleen Mullen  SBN 299059
2  Justine M. Schneeweis  SBN 305672
   LAW OFFICE OF CAROL A. SOBEL
3  3110 Main Street, Suite 210
   Santa Monica, CA 90405
4  (t)   310 393-3055; (f) 310 399-1854
   (e)   carolsobel@aol.com
5  (e)   mullen.colleen1@gmail.com
   (e)   Justine.schneeweis@gmail.com
6

7  Attorneys for Plaintiffs

8

9
                    **UNITED STATES DISTRICT COURT**
10
          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
11
   AURELIANO SANTIAGO, an              | Case No. 2:15-CV-08444- BRO
12 individual;                         | (Ex)
   and UNION POPULOR DE
13 VENDEDORES AMBULANTES, an            | **ORDER EXTENDING TIME FOR THE**
   unincorporated association,         | **DEFENDANTS TO RESPOND TO THE**
14                                     | **COMPLAINT**
   Plaintiff,
15
   vs.                                 | (Assigned to the Hon.
16                                     | Beverly Reid
   CITY OF LOS ANGELES, FASHION        | O'Connell)
17 DISTRICT BUSINESS
   IMPROVEMENT                         | Complaint Filed:
18 DISTRICT, DOWNTOWN LOS              |      10/28/2015
   ANGELES PROPERTY OWNERS             | Discovery Cutoff: None Set
19 ASSOCIATION, INC., OFFICER          | Motion Cutoff:    None Set
   LINTON in her individual and        |       Trial Date:  None
20 official capacity; OFFICER          | Set
   OWEN, in her
21 individual and official
   capacity; DOES 1-10,
22
   Defendants.
23

24

25              ORDER EXTENDING TIME FOR THE DEFENDANTS
26                    TO RESPOND TO THE COMPLAINT

27

1

2      PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD
3 CAUSE APPEARING THEREFORE, The Defendants are granted an
4 extension of time to respond to the Complaint until July
5 18, 2016.

6

7

8    IT IS SO ORDERED.

9 DATED:   May 27, 2016

10                                 _____
                                   HON. BEVERLY REID O'CONNELL
11                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25              ORDER EXTENDING TIME FOR THE DEFENDANTS
26                  TO RESPOND TO THE COMPLAINT

27