SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNIÓN POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-08444-BRO-E<br><br>Assigned to U.S. Magistrate Judge Charles F. Eick for this Settlement Conference<br><br>**REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>**Date:** June 22, 2016<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 20 |

| | |
|---|---|
| 1 | MICHAEL KAUFMAN (SBN 254575) |
| 2 | JENNIFER L. PASQUARELLA (SBN 263241) |
|   | PETER BIBRING (SBN 223981) |
| 3 | **ACLU FOUNDATION OF SOUTHERN CALIFORNIA** |
| 4 | 1313 West 8th Street |
|   | Los Angeles, California 90017 |
| 5 | Telephone: (213) 977-5232 |
| 6 | Facsimile: (213) 417-2232 |
|   | E: mkaufman@aclusocal.org |
| 7 | E: jpasquarella@aclusocal.org |
| 8 | E: pbibring@aclusocal.org |
| 9 | CAROL A. SOBEL (SBN 84483) |
| 10 | COLLEEN M. MULLEN (SBN 299058) |
|    | **NATIONAL LAWYERS GUILD – LA** |
| 11 | 3110 Main Street, Suite 210 |
| 12 | Santa Monica, CA 90405 |
|    | Tel: 310 393 3055 |
| 13 | Fax: 310 451-3858 |
| 14 | E: carolsobel@aol.com |
|    | E. mullen.colleen1@gmail.com |
| 15 | |
| 16 | CYNTHIA ANDERSON-BARKER (SBN 175764) |
|    | **NATIONAL LAWYERS GUILD – LA** |
| 17 | 3435 Wilshire Blvd # 2910 |
| 18 | Los Angeles, CA 90010 |
|    | Tel: 213 381-3246 |
| 19 | Fax: 213 252-0091 |
| 20 | E: cablaw@hotmail.com |
| 21 | PAUL L. HOFFMAN (SBN 71244) |
| 22 | CATHERINE SWEETSER (SBN 271142) |
|    | **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN** |
| 23 | 723 Ocean Front Walk |
| 24 | Venice, California 90291 |
|    | Tel: 310 396-0731 |
| 25 | Fax: 310 399-7040 |
| 26 | E. hoffpaul@aol.com |
|    | E. catherine.sdshhh@gmail.com |
| 27 | |
| 28 | |

The parties to the above-captioned action submit this Request to Reschedule the Settlement Conference presently set for June 22, 2016 at 1:30 p.m. before the Hon. Charles Eick in Courtroom 20 of the United States District Court located at 312 N. Spring Street, Los Angeles, California.

The Defendant City of Los Angeles advised Plaintiffs' counsel earlier today that the City needs additional time to consider the revised settlement proposal by the Plaintiffs.

Plaintiffs' counsel informed the Court's clerk this morning and obtained next available dates for the Court. Plaintiffs' counsel and Defendant City are available for a further settlement conference on July 18, 2016. At the present time, the parties are waiting for Defendant FDBID counsel to respond before confirming a new date.

Dated: June 21, 2016

Respectfully submitted,
Legal Aid Foundation of Los Angeles
Law Office of Carol A. Sobel
   /s/ Carol A. Sobel
By: Carol A. Sobel
Attorneys for Plaintiffs