Case 2:15-cv-08444-BRO-E

SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

FILED
CLERK, U.S. DISTRICT COURT
JUN 22 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AURELIANO SANTIAGO, an individual; and UNIÓN POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., OFFICER LINTON in her individual and official capacity; OFFICER OWEN, in her individual and official capacity; DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-08444-BRO-E<br><br>Assigned to U.S. Magistrate Judge Charles F. Eick for this Settlement Conference<br><br>[~~PROPOSED~~] **ORDER RE REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>**Date: June 22, 2016**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 20** |

1  MICHAEL KAUFMAN (SBN 254575)
2  JENNIFER L. PASQUARELLA (SBN 263241)
   PETER BIBRING (SBN 223981)
3  **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
4  1313 West 8th Street
   Los Angeles, California 90017
5  Telephone: (213) 977-5232
6  Facsimile: (213) 417-2232
   E: mkaufman@aclusocal.org
7  E: jpasquarella@aclusocal.org
8  E: pbibring@aclusocal.org

9  CAROL A. SOBEL (SBN 84483)
   COLLEEN M. MULLEN (SBN 299058)
10 **NATIONAL LAWYERS GUILD – LA**
11 3110 Main Street, Suite 210
   Santa Monica, CA 90405
12 Tel: 310 393 3055
13 Fax: 310 451-3858
   E: carolsobel@aol.com
14 E. mullen.colleen1@gmail.com
15
   CYNTHIA ANDERSON-BARKER (SBN 175764)
16 **NATIONAL LAWYERS GUILD – LA**
17 3435 Wilshire Blvd # 2910
   Los Angeles, CA 90010
18 Tel: 213 381-3246
19 Fax: 213 252-0091
   E: cablaw@hotmail.com
20

21 PAUL L. HOFFMAN (SBN 71244)
22 CATHERINE SWEETSER (SBN 271142)
   **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
23 723 Ocean Front Walk
   Venice, California 90291
24 Tel: 310 396-0731
25 Fax: 310 399-7040
   E. hoffpaul@aol.com
26 E. catherine.sdshhh@gmail.com
27
28

1    The parties to the above-captioned action have submitted a Request to
2  Reschedule the Settlement Conference presently set for June 22, 2016 at 1:30 p.m.
3  in Courtroom 20 of the United States District Court located at 312 N. Spring
4  Street, Los Angeles, California.
5    The basis of the request is that the Defendant City of Los Angeles needs
6  additional time to consider the revised settlement proposal by the Plaintiffs.
7    The Request to Reschedule is granted. ~~The parties are to notify the Court at the earliest opportunity of the date for resetting the conference based on the Court's available dates provided to counsel.~~ *The Settlement Conference is continued to July 29, 2016 at 1:30 p.m. in Courtroom 20. Updated settlement conference statements are due no later than July 22, 2016.*

10
11 Dated: 6/22/16                    _____
                                    UNITED STATES ~~DISTRICT JUDGE~~
12                                  Magistrate Judge
13 Lodged by:

14 Law Office of Carol A. Sobel

15   /s/ Carol A. Sobel
16 By: Carol A. Sobel
17 Attorneys for Plaintiffs