SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.  2:15-cv-08444-BRO-E<br><br>SIXTH JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT<br><br>ACTION FILED: OCT. 28, 2015 |

1   MICHAEL KAUFMAN (SBN 254575)
2   JENNIFER L. PASQUARELLA (SBN 263241)
    PETER BIBRING (SBN 223981)
3   **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
4   1313 West 8th Street
    Los Angeles, California 90017
5   Telephone: (213) 977-5232
    Facsimile: (213) 417-2232
6   E: mkaufman@aclusocal.org
7   E: jpasquarella@aclusocal.org
    E: pbibring@aclusocal.org
8

9   CAROL A. SOBEL (SBN 84483)
    COLLEEN M. MULLEN (SBN 299058)
10  **NATIONAL LAWYERS GUILD – LA**
11  3110 Main Street, Suite 210
    Santa Monica, CA 90405
12  Tel: 310 393 3055
13  Fax: 310 451-3858
    E: carolsobel@aol.com
14  E. mullen.colleen1@gmail.com
15

16  CYNTHIA ANDERSON-BARKER (SBN 175764)
    **NATIONAL LAWYERS GUILD – LA**
17  3435 Wilshire Blvd # 2910
18  Los Angeles, CA 90010
    Tel: 213 381-3246
19  Fax: 213 252-0091
20  E: cablaw@hotmail.com

21  PAUL L. HOFFMAN (SBN 71244)
22  CATHERINE SWEETSER (SBN 271142)
    **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
23  723 Ocean Front Walk
24  Venice, California 90291
    Tel: 310 396-0731
25  Fax: 310 399-7040
26  E. hoffpaul@aol.com
    E. catherine.sdshhh@gmail.com
27

28

1     The parties to this action, through their respective counsel, request that the

2   Court grant an additional extension of time for Defendants to respond to the

3   Complaint in this action.  The parties have engaged in settlement discussions with

4   the assistance of Judge Eick, beginning shortly after the action was filed.  They

5   have requested, and the Court has granted, five extensions of time to respond to the

6   Complaint to permit these settlement discussions to continue.

7     The parties have made considerable progress in resolving this action.  They

8   were scheduled to conduct a further settlement conference in late June. At the

9   City's request, that session was continued to allow the City additional time to

10   engage in its internal review of Plaintiffs' latest settlement proposal.

11     The rescheduled session with Judge Eick is July 29, 2016. The last extension

12   granted by the Court on May 27, 2016 extends to July 18, 2016. [Dkt  36].

13     The parties now submit this Sixth Stipulation to extend the time for filing

14   initial responsive documents to and through September 12, 2016.

15   Dated: July 12, 2016               Respectfully submitted,

16                                      LAW OFFICE OF CAROL A. SOBEL

17                                      By:   /s/   Carol A. Sobel

18                                      Attorneys for Plaintiffs

19   Dated: July 12, 2016               BRADLEY & GMELICH

20                                      By:   /s/  Carol A. Humiston

21                                      Attorneys for Defendant DOWNTOWN

22                                      LOS ANGELES PROPERTY

23                                      ASSOCIATION

24   Dated: July 13, 2016               MICHAEL N. FEUER, City Attorney

25                                      ERIC BROWN, Deputy City Attorney

26                                      By:     /s/   Eric Brown

27                                      Attorneys for Defendants City of Los

28                                      Angeles, Officers Linton and Owen

1

CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing document and the Proposed Order re Sixth Joint Stipulation were served this date on all counsel of record by means of the Court's Electronic Court Filing ("ECF") system.

Dated: July 13, 2016                    ____/s/   Carol A. Sobel
                                        CAROL A. SOBEL