1

2

3

4

5

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

7/18/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

8
UNITED STATES DISTRICT COURT

9

10
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11
AURELIANO SANTIAGO, et al.,

12
Plaintiff,

13
vs.

14
CITY OF LOS ANGELES, et al.,

15
Defendants.

16

17

Case No. 2:15-CV-08444- BRO (Ex)

**ORDER RE SIXTH JOINT STIPULATION TO   EXTEND THE TIME FOR THE DEFENDANTS TO RESPOND TO THE COMPLAINT**

*(Assigned to the Hon. Beverly Reid O'Connell)*

18

19

20

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, The Defendants are granted an extension of time to respond to the Complaint until September 12, 2016.

21
IT IS SO ORDERED.

22

23
Dated:   <u>July 18, 2016</u>

24

Hon. Beverly Reid O'Connell
United States District Judge

25

26

27

ORDER RE SIXTH JOINT STIPULATION TO EXTEND THE
TIME FOR THE DEFENDANTS TO RESPOND TO THE COMPLAINT