```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                      CIVIL MINUTES - GENERAL
```

Case No. CV 15-8444-BRO(Ex)            Date: July 29, 2016

Title: AURELIANO SANTIAGO, et al.  v.  CITY OF LOS ANGELES, et al.
================================================================
DOCKET ENTRY
================================================================
PRESENT:
        **HON. CHARLES F. EICK, MAGISTRATE JUDGE**


         **Stacey Pierson**                           **Courtsmart**
           **Deputy Clerk**                          Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:

 Carol Sobel                         Carol Humiston
 Michael Kaufman                     Eric Brown
 Cynthia Anderson-Barker             Thomas Peters
 Shayla Myers
 Catherine Sweetser


PROCEEDINGS: SETTLEMENT CONFERENCE

         Case called. Counsel make their appearances.  The
    Court hears discussion.  Parties retire to chambers to
    proceed with the settlement conference.

         Settlement is not reached.




                                    initials of Deputy Clerk sp