SHAYLA R. MYERS (SBN 264054)
MATTHEW G. CLARK (SBN 233736)
CLAUDIA MENJIVAR (SBN 291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: 213 640-3831
Fax: 213 640-3988
E: smyers@lafla.org
E: mclark@lafla.org
E: cmenjivar@lafla.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*
(Additional counsel listed on following page)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AURELIANO SANTIAGO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.  2:15-cv-08444-BRO-E<br><br>JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS CITY OF LOS ANGELES AND OFFICER LINTON TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>ACTION FILED: OCT. 28, 2015 |

MICHAEL KAUFMAN (SBN 254575)
JENNIFER L. PASQUARELLA (SBN 263241)
PETER BIBRING (SBN 223981)
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 417-2232
E: mkaufman@aclusocal.org
E: jpasquarella@aclusocal.org
E: pbibring@aclusocal.org

*Counsel for Plaintiff Unión Popular de Vendedores Ambulantes*

CAROL A. SOBEL (SBN 84483)
COLLEEN M. MULLEN (SBN 299058)
**NATIONAL LAWYERS GUILD – LA**
3110 Main Street, Suite 210
Santa Monica, CA 90405
Tel: 310 393 3055
Fax: 310 451-3858
E: carolsobel@aol.com
E. mullen.colleen1@gmail.com

CYNTHIA ANDERSON-BARKER (SBN 175764)
**NATIONAL LAWYERS GUILD – LA**
3435 Wilshire Blvd # 2910
Los Angeles, CA 90010
Tel: 213 381-3246
Fax: 213 252-0091
E: cablaw@hotmail.com

PAUL L. HOFFMAN (SBN 71244)
CATHERINE SWEETSER (SBN 271142)
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
723 Ocean Front Walk
Venice, California 90291
Tel: 310 396-0731
Fax: 310 399-7040
E. hoffpaul@aol.com
E. catherine.sdshhh@gmail.com

1    Plaintiffs and Defendants City of Los Angeles and Officer Linton ("City
2 Defendants"), through their respective counsel, request that the Court grant an
3 extension of time for City Defendants to respond to the First Amended Complaint
4 in this action. Over the past several months, the parties have engaged in settlement
5 discussions with the assistance of Judge Eick, beginning shortly after the action
6 was filed. They have requested, and the Court has granted, six extensions of time
7 to respond to the Complaint to permit these settlement discussions to continue. To
8 date, the parties have been unable to resolve their disputes, despite their good faith
9 efforts to do so.
10   Plaintiffs filed a First Amended Complaint on September 9, 2016. Counsel
11 for the City Defendants recently notified Plaintiffs' counsel that the City
12 Defendants intend to file a motion to dismiss prior to the current date for
13 responsive documents, September 23, 2016. During a telephonic meet and confer
14 on September 19, 2016, counsel for the City Defendants and Plaintiffs' counsel
15 agreed to a briefing schedule on the motion. Under the agreed-upon schedule: the
16 City Defendants will file their motion to dismiss no later than October 11, 2016;
17 Plaintiffs' opposition will be filed by October 24, 2016; the City Defendant's reply
18 will be filed by November 7, 2016; and the hearing will be noticed for November
19 21, 2016. The Plaintiffs and City Defendants negotiated this schedule to
20 accommodate counsels' pre-existing commitments and deadlines in other matters.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  For the foregoing reasons, the parties submit this stipulation and respectfully
2 request that the Court extend the time for filing initial responsive documents to and
3 through October 11, 2016.

4 Dated: September 22, 2016  Respectfully submitted,
5  ACLU OF SOUTHERN CALIFORNIA

6  By: /s/ Michael Kaufman
7  Attorneys for Plaintiffs

8 Dated: September 22, 2016  MICHAEL N. FEUER, City Attorney
9  ERIC BROWN, Deputy City Attorney

10  By: /s/ Eric Brown
11  Attorneys for Defendants City of Los
 Angeles and Officers Linton

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is: 1851 East First Street, Suite 450, Santa Ana, CA 92705.

A true and correct copy of the foregoing document(s) entitled (*specify*):

**-JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS CITY OF LOS ANGELES AND OFFICER LINTON TO RESPOND TO THE FIRST AMENDED COMPLAINT**
**-[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS CITY OF LOS ANGELES AND OFFICER LINTON TO RESPOND TO THE FIRST AMENDED COMPLAINT**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Local Rule 5-3.2.1, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 22, 2016, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| ATTORNEY(S) FOR PLAINTIFF(S) | ATTORNEY(S) FOR DEFENDANT(S) |
|---|---|
| Carol A Sobel | Barry A Bradley |
| carolsobel@aol.com | bbradley@bglawyers.com |
| Catherine Elizabeth Sweetser | Carol Ann Humiston |
| catherine.sdshhh@gmail.com | chumiston@bglawyers.com |
| Claudia Menjivar | Eric Brown |
| cmenjivar@lafla.org | eric.brown@lacity.org |
| Cynthia M Anderson-Barker | |
| cablaw@hotmail.com | |
| Matthew G Clark | |
| mclark@lafla.org | |
| Paul L Hoffman | |
| hoffpaul@aol.com | |
| Shayla Renee Myers | |
| smyers@lafla.org | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/22/16 | Michelle Ochoa | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1

Proof of Service