MICHAEL KAUFMAN (SBN 254575)
JENNIFER L. PASQUARELLA (SBN 263241)
PETER BIBRING (SBN 223981)
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5232
Facsimile: (213) 417-2232
E: mkaufman@aclusocal.org
E: jpasquarella@aclusocal.org
E: pbibring@aclusocal.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELIANO SANTIAGO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 2:15-cv-08444-BRO-E <br><br> **ORDER RE JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS CITY OF LOS ANGELES AND OFFICER LINTON TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> *(Assigned to the Hon. Beverly Reid O'Connell)* <br><br> Complaint Filed: 10/28/2015 |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, Defendants City of Los Angeles and Officer Linton are granted an extension of time to respond to the First Amended Complaint to and through October 11, 2016.

IT IS SO ORDERED.

Dated: September 26, 2016

Hon. Beverly Reid O'Connell
Judge, United States District Court

Lodged by:

MICHAEL KAUFMAN

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

  /s/
MICHAEL KAUFMAN
Attorneys for Plaintiffs

ORDER RE JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS CITY OF LOS ANGELES AND OFFICER LINTON TO RESPOND TO THE FIRST AMENDED COMPLAINT