1  **MICHAEL N. FEUER, City Attorney**
2  **SCOTT MARCUS, Assistant Chief City Attorney**
   **ERIC BROWN, Deputy City Attorney (SBN 170410)**
3  **200 North Main Street, Room 675**
4  **Los Angeles, California 90012**
   **Telephone: (213) 978-7508**
5  **Facsimile: (213) 978-7011**
6  **Eric.Brown@lacity.org**

7  **Attorneys for Defendants**
8  **CITY OF LOS ANGELES and JAMILAH LINTON**

9             **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | AURELIANO SANTIAGO, an | **CASE NO.: 2:15-cv-08444-BRO-E**
   | individual; WENDY PULUC, an | *[Assigned to the Honorable Beverly Reid*
13 | individual; and UNION POPULAR DE | *O'Connel, Courtroom 14]*
   | VENDEDORES AMBULANTES, an |
14 | unincorporated association, |
15 |                          | **[proposed] ORDER GRANTING**
   |                          | **CITY OF LOS ANGELES' MOTION**
16 |           **Plaintiffs,** | **TO DISMISS THE FIRST AMENDED**
   |                          | **COMPLAINT**
17 |      **vs.** |
18 |                          |
19 | **CITY OF LOS ANGELES, FASHION** | **Date:   November 21, 2016**
   | **DISTRICT BUSINESS** | **Time:  1:30 p.m.**
20 | **IMPROVEMENT DISTRICT,** | **Place:  Courtroom 14**
   | **DOWNTOWN LOS ANGELES** |
21 | **PROPERTY OWNERS** |
22 | **ASSOCIATION, INC., and OFFICER** |
   | **LINTON in her individual capacity;** |
23 |                          |
24 |           **Defendants.** |
25

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**
26
       The Court having considered the moving and opposing papers and the
27
   arguments of counsel, hereby rules as follows:
28
       The motion to dismiss the first amended complaint as to plaintiff Union

                                   1
**[PROPOSED] ORDER ON MOTION TO DISMISS FAC**

Popular is GRANTED.

Further, the motion to dismiss the second cause of action for right to due process is GRANTED.

IT IS SO ORDERED.


DATED:                          By: _____

                                    The Honorable Beverly Reid O'Connell
                                           District Judge

**[PROPOSED] ORDER ON MOTION TO DISMISS FAC**