1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MICHAEL N. FEUER, City Attorney**
**SCOTT MARCUS, Assistant Chief City Attorney**
**ERIC BROWN, Deputy City Attorney (SBN 170410)**
**200 North Main Street, Room 675**
**Los Angeles, California 90012**
**Telephone: (213) 978-7508**
**Facsimile: (213) 978-7011**
**Eric.Brown@lacity.org**

**Attorneys for Defendants**
**CITY OF LOS ANGELES and JAMILAH LINTON**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AURELIANO SANTIAGO, an individual; WENDY PULUC, an individual; and UNION POPULAR DE VENDEDORES AMBULANTES, an unincorporated association,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**CITY OF LOS ANGELES, FASHION DISTRICT BUSINESS IMPROVEMENT DISTRICT, DOWNTOWN LOS ANGELES PROPERTY OWNERS ASSOCIATION, INC., and OFFICER LINTON in her individual capacity;**<br><br>**Defendants.** | **CASE NO.:  2:15-cv-08444-BRO-E**<br>[*Assigned to the Honorable Beverly Reid O'Connel, Courtroom 14]*<br><br>**[proposed] ORDER GRANTING CITY OF LOS ANGELES' MOTION TO STRIKE MATTER FROM THE FIRST AMENDED COMPLAINT**<br><br>**Date:  November 21, 2016**<br>**Time: 1:30 p.m.**<br>**Place:  Courtroom 14** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The Court having considered the moving and opposing papers and the arguments of counsel, hereby rules as follows:

The motion to strike matter from the first amended complaint ("FAC") is

1

**DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT**

GRANTED.

The following statements in the FAC are both immaterial and impertinent:

1) ¶ 9, p. 3, ll. 19-22: "Each time his property is confiscated, it creates a financial hardship for him and his family, who depend on Mr. Santiago to provide for them, pay rent and bills, and contribute to his daughter's college tuition."

2) ¶ 10, p. 3, ll. 27-28: "She relies on her income to support herself and her two children."

The plaintiffs shall file an amended pleading forthwith which omits the stricken material.

IT IS SO ORDERED.

DATED: _____         By: _____
                                              The Honorable Beverly Reid O'Connell
                                                      District Judge

**DEFENDANTS' MOTION TO STRIKE FIRST AMENDED COMPLAINT**