UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-08444-BRO (Ex) | Date | November 23, 2016 |
|---|---|---|---|
| Title | Aureliano Santiago et al v. City of Los Angeles et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBER)
ORDER RE SCHEDULING CONFERENCE

The Court, on its own motion, VACATES the Scheduling Conference set for Monday, November 28, 2016 at 1:30 p.m.. No appearances are necessary. Counsel are reminded to fully comply with Federal Rules of Civil Procedure, Rule 26(a).

Counsel indicate their selection for a settlement procedure pursuant to Local Rule 16-14 is the Magistrate Judge assigned in this action.

The Court orders that any settlement discussions shall be completed no later than December 4, 2017. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference

Civil Jury Trial Order to follow.

IT IS SO ORDERED

|  | : |
|---|---|
| Initials of Preparer | rf |