MICHAEL N. FEUER, City Attorney
SCOTT MARCUS, Asst. Chief City Attorney
GABRIEL DERMER, Dep. City Attorney
200 N. Main Street, 6th Fl.
Los Angeles, California 90012
T. 213 978-7558; F. 213 978-7011
E. Gabriel.Dermer@lacity.org

**Attorneys for City Defendants**

| | |
|---|---|
| CAROL A. SOBEL (SBN 84483) | Barry A. Bradley (SBN 125353) |
| **NATIONAL LAWYERS GUILD – LA** | Carol A. Humiston (SBN 115592) |
| 725 Arizona Avenue, Suite 300 | **BRADLEY & GMELICH LLP** |
| Santa Monica, CA 90401 | 700 N. Brand Boulevard, 10th Fl. |
| T. 310 393 3055 | Glendale, California 91204-1202 |
| E. carolsobel@aol.com | T. 818 243-5200; F. 818 243-5266 |
| | E. chumiston@bglawyers.com |
| **Attorneys for Plaintiffs** | |
| **Additional attorneys on next page** | **Attorneys for Defendants Fashion District Bus. Improvement Dist. and Downtown Los Angeles Prop. Owners Assoc.** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELLIANO SANTIAGO, ET AL., <br><br>    Plaintiff(s), <br><br> vs. <br><br> CITY OF LOS ANGELES, ET AL., <br><br>    Defendant(s). | CASE NO. 2:15-cv-08444 BRO (Ex) <br><br> Hon. Beverly Reid-O'Connell <br><br> JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE PENDING SCHEDULE <br><br> Action Filed: October 28, 2015 <br> Trial Date:    January 30, 2018 <br><br> Date: None <br> Time: None <br> Ctrm: 7C |

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE CASE SCHEDULE**
1

SHAYLA R. MYERS (264054)
smyers@lafla.org
MATTHEW CLARK (233736)
CLAUDIA MENJIVAR (291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
T. (213) 640-3983  F. (213) 640-3988

MICHAEL KAUFMAN (254575)
mkaufman@aclusocal.org
JENNIFER PASQUARELLA (263241)
PETER BIBRING (223981)
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, California 90017
T. (213) 977-5232  F. (213) 417-2232

**Attorneys for Plaintiff Union Popular De Vendedores Ambulantes**

CYNTHIA ANDERSON-BARKER (SBN 175764)
**NATIONAL LAWYERS GUILD – LA**
3435 Wilshire Blvd # 2910
Los Angeles, CA 90010
T. 213 381-3246  F: 213 .52-0091
E: cablaw@hotmail.com

PAUL L. HOFFMAN (SBN 71244)
CATHERINE SWEETSER  (SBN 271142)
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
11543 Olympic Boulevard
Los Angeles, California 90064
T. 310 396-0731  F. 310 399-7040
E. hoffpaul@aol.com
E. catherine.sdshhh@gmail.com

**Attorneys for Plaintiffs Santiago and Puluc**

The parties to the above-captioned action file this JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE PENDING SCHEDULE.

The Plaintiffs and Defendant City have reached a tentative settlement with the City. Upon final approval by the City, Plaintiffs will dismiss the action with prejudice against all parties.

The settlement requires a four-step process of approval by the City Claims Board, Budget and Finance Committee, full City Council and the Mayor. It is anticipated that the approval process will take at least several weeks to complete.

The current case schedule included impending cut-off dates for discovery and the filing of dispositive motions in October, 2017. To avoid incurring additional time and expense in this matter while the tentative settlement proceeds through the City's approval process, the parties request that the Court issue an order vacating the current dates.

The parties propose that the Court direct them to file a report regarding the state of the settlement no later than December 1, 2017. If the settlement is completed before that date, Plaintiffs will file a dismissal with prejudice.

Dated: September 20, 2017     Respectfully submitted,

Michael N. Feuer, City Attorney
Scott Marcus, Asst. Chief City Attorney
Gabriel Dermer, Dep. City Attorney

   /s/ Gabriel Dermer                             /
By: Gabriel Dermer
Attorneys for the City of LA Defendants

| | | |
|---|---|---|
| | Dated: September 20, 2017 | Barry A. Bradley<br>Carol A. Humiston<br>BRADLEY & GMELICH, LLP |
| | | /s/ Carol A. Humiston        /<br>By: Carol A. Humiston<br>Attorneys for Defendantsd Fashion District Bus. Improvement Dist. and Downtown Los Angeles Prop. Owners Assoc. |
| | Dated: September 20, 2017 | ACLU of Southern California<br>Legal Aid Foundation of Los Angeles<br>National Lawyers Guild-Los Angeles<br>Schonbrun Seplow Harris & Hoffman, LLP |
| | | /s/   Carol A. Sobel        /<br>By: CAROL A. SOBEL<br>Attorneys for Plaintiffs |

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE CASE SCHEDULE**

4