**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| AURELLIANO SANTIAGO, ET AL., | ) | CASE NO. 2:15-cv-08444 BRO (Ex) |
|---|---|---|
| Plaintiff(s), | ) | Hon. Beverly Reid-O'Connell |
| vs. | ) | ORDER RE: |
| CITY OF LOS ANGELES, ET AL., | ) | JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE PENDING SCHEDULE |
| Defendant(s). | ) | Action Filed: October 28, 2015<br>Trial Date:    January 30, 2018 |
| | ) | Date:  None<br>Time:  None<br>Ctrm:  7C |

The parties to the above-captioned action filed a JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE PENDING SCHEDULE, advising the Court that a tentative settlement has been reached in this action and requesting that the Court vacate all current scheduling dates to permit the settlement to be concluded.  The Court is advised that, upon final approval, Plaintiffs will dismiss the action with prejudice against all parties.

1

The parties have informed the Court that the settlement requires a four-step approval process by the Defendant City of Los Angeles, which is anticipated to take at least several weeks to complete.

The current case schedule includes cut-off dates for discovery and the filing of dispositive motions in October, 2017. The Court agrees that vacating the current schedule dates is appropriate to avoid the parties incurring substantial additional time and expense in this matter while the settlement is in the approval process.

The Court finds that there is good cause to grant the requested relief.

Accordingly, the trial date and all related dates in this action are vacated. The parties are directed to file a status report regarding the state of the settlement no later than December 1, 2017. If the settlement is completed before that date, Plaintiffs are to file a dismissal with prejudice.

*Virginia A. Phillips*

Dated: September 21_, 2017

UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

_____/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Defendants