FILED
CLERK, U.S. DISTRICT COURT
October 19, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie Longoria DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar of Judge Beverly Reid O'Connell | ORDER OF THE CHIEF JUDGE **17-097** |

Pursuant to the directive of the Chief U.S. District Judge and in accordance with the rules of this Court, the following cases are ordered transferred from the calendar of Judge Beverly Reid O'Connell to the calendar of Judge Andre Birotte Jr. for all further proceedings:

| | |
|---|---|
| CV09-07739-BRO-AJWx | Angel Salas v. Anheuser-Busch Sales of South Bay Inc et al. |
| CV11-09182-BRO-FFMx | Armando Jauregui v. Huntington Beach California Police Department et al. |
| CV14-00013-BRO-JCx | Worldwide Subsidy Group LLC v. Federation International De Football Association et al. |
| CV14-02384-BRO-AJWx | Robert J. Mendonca et al. v. Caliber Home Loans, Inc. et al. |
| CV14-05576-BRO-JCx | Trinidad Lopez v. Liberty Mutual Insurance Company |
| CV15-08444-BRO-Ex | Aureliano Santiago et al. v. City of Los Angeles et al. |
| CV15-08867-BRO-PJWx | Leroy Simon v. United States Postal Service et al. |
| CV16-00443-BRO-RAOx | Janee Johnson v. Sunrise Senior Living Management, Inc. et al. |
| CV16-03128-BRO-AGRx | Francisco Zubia v. Shamrock Foods Company et al. CV16-05083-BRO-JCx Infoneuro Group v. Aetna Life Insurance Company et al. |
| CV16-06756-BRO-JCx | Seneca Insurance Company, Inc. v. The Hanover Insurance Company |
| CV16-07668-BRO-Ex | Indio Products, Inc. v. Camao, Inc. et al. |
| CV16-08459-BRO-AGRx | T. Branca et al. v. Shamrock Foods Company et al. |
| CV16-09080-BRO-JPRx | Chrome Hearts LLC v. Old School Fairfax, Inc. et al. |
| CV16-09090-BRO-AGRx | Rolando Camarena v. California Department of Transportation et al. |

| | |
|---|---|
| CV17-00687-BRO-JEMx | Keith Laster v. Hartford Life & Accident Insurance Company, et al. |
| CV17-00851-BRO-JEMx | Keith Laster v. Hartford Life and Accident Insurance Company |
| CV17-01003-BRO-MRWx | Masih Rassoli v. Wells Fargo and Company et al. |
| CV17-01405-BRO-JEMx | Carmen Herrera v. BMW of North America, LLC et al. |
| CV17-02419-BRO-MRWx | David Spacone v. Sanford, LP et al. |
| CV17-02747-BRO-JEMx | L.A. Gem and Jewelry Design, Inc. v. NJS.COM LLC, et al. |
| CV17-03013-BRO-MRWx | Sarah Hawatmeh v. Wells Fargo and Company et al. |
| CV17-03318-BRO-RAOx | Susan Charalambous v. City of Burbank et al. |
| CV17-04770-BRO-PLAx | Lionize Media Group LLC v. Click Performance Group LCC |
| CV17-05170-BRO-PLAx | Marie Webb et al. v. National Union Fire Insurance Company of Pittsburgh, PA et al. |
| CV17-05607-BRO-JPRx | Estate of Juan Manuel Avila, Jr., et al. v. City of Long Beach, et al. |
| CV17-06233-BRO-Ex | Alejandro Silva v. Rajnikant Bharadwa et al. |
| ED15-01411-BRO-KKx | Marilyn Sperling v. Stein Mart, Inc. et al. |
| ED16-01001-BRO-DTBx | Clark James Cavanaugh et al. v. City of Fontana et al. |
| ED17-00601-BRO-AJWx | Edward Granados et al. v. United States of America et al. |
| ED17-00730-BRO-AJWx | Dorothy Miller-Hansen v. Garfield Beach CVS, LLC et al. |
| ED17-01179-BRO-SPx | Property and Casualty Insurance Company of Hartford v. Watts Water Technologies Inc et al. |

DATED: October 19 , 2017

Virginia A. Phillips

Chief Judge Virginia A. Phillips