1  CAROL A. SOBEL  (SBN 84483)
   **NATIONAL LAWYERS GUILD – LA**
2  725 Arizona Avenue, Suite 300
   Santa Monica, CA 90401
3  T. 310 393 3055
   E. carolsobel@aol.com
4
   **Attorneys for Plaintiffs**
5  **Additional attorneys on next page**

6
7                    UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
9
10 AURELLIANO SANTIAGO,        )  CASE NO. 2:15-cv-08444 AB
   ET AL.,                     )
11                             )  Hon. Andre Birotte
              Plaintiff(s),    )
12                             )  STATUS REPORT RE:
         vs.                   )  SETTLEMENT
13                             )
   CITY OF LOS ANGELES, ET     )  Action Filed: October 28, 2015
14 AL.,                        )  Trial Date:  January 30, 2018
                               )
15                             )  Date:  None
                               )  Time:  None
16            Defendant(s).    )  Ctrm:
                               )
17                             )
18 ─────────────────────────

---

**STATUS REPORT RE SETTLEMENT**

1

1  SHAYLA R. MYERS (264054)
2  smyers@lafla.org
   MATTHEW CLARK (233736)
3  CLAUDIA MENJIVAR (291981)
4  **LEGAL AID FOUNDATION OF LOS ANGELES**
   7000 S. Broadway
5  Los Angeles, CA 90003
6  T. (213) 640-3983  F. (213) 640-3988

7

8  MICHAEL KAUFMAN (254575)
   mkaufman@aclusocal.org
9  JENNIFER PASQUARELLA (263241)
10 PETER BIBRING (223981)
11 **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
   1313 West 8th Street
12 Los Angeles, California 90017
13 T. (213) 977-5232  F. (213) 417-2232
14 **Attorneys for Plaintiff Union Popular**
15 **De Vendedores Ambulantes**

16
   CYNTHIA ANDERSON-BARKER (SBN 175764)
17 **NATIONAL LAWYERS GUILD – LA**
18 3435 Wilshire Blvd # 2910
   Los Angeles, CA 90010
19 T. 213 381-3246  F: 213 .52-0091
20 E: cablaw@hotmail.com

21
   PAUL L. HOFFMAN (SBN 71244)
22 CATHERINE SWEETSER  (SBN 271142)
23 **SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
   11543 Olympic Boulevard
24 Los Angeles, California 90064
25 T. 310 396-0731  F. 310 399-7040
   E. hoffpaul@aol.com
26 E. catherine.sdshhh@gmail.com
27
   **Attorneys for Plaintiffs Santiago and Puluc**
28

---

**STATUS REPORT RE SETTLEMENT**

1    The parties previously filed a Joint Notice of Tentative Settlement with the Court. At that time, the parties anticipated that they would be able to complete the settlement no later than December 1, 2017.

The settlement requires a four-step process of approval by the City Claims Board, Budget and Finance Committee, full City Council and the Mayor. The settlement has been approved by the Claims Board and the Budget and Finance Committee. It is presently scheduled to be considered by the full City Council on Tuesday, December 5, 2017. The parties anticipate that the settlement will be completed by the end of December.

Accordingly, the parties request that the Court extend the time to complete the settlement to and through December 30, 2017. If the matter is completed before that date, Plaintiffs will file a dismissal with prejudice.

Dated: December 4, 2016         Respectfully submitted,

                                ACLU of Southern California
                                Legal Aid Foundation of Los Angeles
                                National Lawyers Guild-Los Angeles
                                Schonbrun Seplow Harris & Hoffman, LLP

                                        /s/   Carol A. Sobel           /
                                By: CAROL A. SOBEL
                                Attorneys for Plaintiffs

**STATUS REPORT RE SETTLEMENT**