UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELLIANO SANTIAGO, ET AL., <br><br>             Plaintiff(s), <br><br> vs. <br><br> CITY OF LOS ANGELES, ET AL., <br><br><br> Defendant(s). | CASE NO. 2:15-cv-08444 AB <br><br> Hon. Andre Birotte <br><br> ORDER RE: EXTENDING TIME TO COMPLETE SETTLEMENT <br><br> Action Filed: October 28, 2015 <br> Trial Date: January 30, 2018 <br><br> Date:  None <br> Time:  None <br> Ctrm:   7B |

**STATUS REPORT RE SETTLEMENT**

**Attorneys for Plaintiffs Santiago and Puluc**

The parties previously filed a Joint Notice of Tentative Settlement with the Court. At that time, the parties informed the Court that they anticipated that the settlement in this action would be completed no later than December 1, 2017.

Plaintiffs have informed the Court that two of the four required steps in the Defendant City's settlement process have now been completed, with the third step scheduled for December 5, 2017. The parties anticipate that the settlement will be completed by the end of December.

Accordingly, the parties request that the Court extend the time to complete the settlement to and through December 30, 2017.

Good cause existing for the requested extension, the Court grants the request and directs that the time to complete settlement is extended to and through December 30, 2017. If the matter is completed before that date, Plaintiffs are to file a dismissal with prejudice.

Dated: December 6, 2017

HONORABLE ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT JUDGE

STATUS REPORT RE SETTLEMENT