1 | CAROL A. SOBEL  (SBN 84483)
**NATIONAL LAWYERS GUILD – LA**
2 | 725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
3 | T. 310 393 3055
E. carolsobel@aol.com
4 |
**Attorneys for Plaintiffs**
5 | **Additional attorneys on next page**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELLIANO SANTIAGO, ET AL., | CASE NO. 2:15-cv-08444 AB |
| | Hon. Andre Birotte |
| Plaintiff(s), | STATUS REPORT RE SETTLEMENT |
| vs. | Action Filed: October 28, 2015 |
| | Trial Date: vacated |
| CITY OF LOS ANGELES, ET AL., | Date: None |
| | Time: None |
| | Ctrm:   7B |
| Defendant(s). | |

SHAYLA R. MYERS (264054)
smyers@lafla.org
MATTHEW CLARK (233736)
CLAUDIA MENJIVAR (291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
T. (213) 640-3983  F. (213) 640-3988


MICHAEL KAUFMAN (254575)
mkaufman@aclusocal.org
JENNIFER PASQUARELLA (263241)
PETER BIBRING (223981)
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, California 90017
T. (213) 977-5232  F. (213) 417-2232

**Attorneys for Plaintiff Union Popular De Vendedores Ambulantes**


CYNTHIA ANDERSON-BARKER (SBN 175764)
**NATIONAL LAWYERS GUILD – LA**
3435 Wilshire Blvd # 2910
Los Angeles, CA 90010
T. 213 381-3246  F: 213 .52-0091
E: cablaw@hotmail.com

PAUL L. HOFFMAN (SBN 71244)
CATHERINE SWEETSER  (SBN 271142)
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
11543 Olympic Boulevard
Los Angeles, California 90064
T. 310 396-0731  F. 310 399-7040
E. hoffpaul@aol.com
E. catherine.sdshhh@gmail.com

**Attorneys for Plaintiffs Santiago and Puluc**

**STATUS REPORT RE SETTLEMENT**

The parties previously filed a Joint Notice of Tentative Settlement with the Court. The parties initially informed the Court that they anticipated completion of the settlement in this action no later than December 1, 2017.

Subsequently, the parties informed the Court that the required approval process took longer than expected, but was anticipated to be completed by the end of December, 2017.

Late this afternoon, Plaintiffs were notified by the City that the settlement check is ready. Although all of the Plaintiffs signed the settlement and release, the defendants have not done so yet. Nonetheless, Plaintiffs anticipate filing a notice of dismissal with prejudice within the next two weeks.

January 16, 2018
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
LAW OFFICE OF CAROL A. SOBEL
LAW OFFICE OF CYNTHIA ANDERSON-BARKER
LEGAL AID FOUNDATION OF LOS ANGELES
SCHONBRUN SEPLOW HARRIS & HOFFMAN

      /s/ CAROL A. SOBEL
BY:   CAROL A. SOBEL
       Attorneys for Plaintiffs as Listed on Caption

**STATUS REPORT RE SETTLEMENT**