CAROL A. SOBEL  (SBN 84483)
**NATIONAL LAWYERS GUILD – LA**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
T. 310 393 3055
E. carolsobel@aol.com

**Attorneys for Plaintiffs**
**Additional attorneys on next page**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AURELLIANO SANTIAGO, ET AL., | CASE NO. 2:15-cv-08444 AB |
| | Hon. Andre Birotte |
| Plaintiff(s), | NOTICE OF COMPLETION OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE OF THE ACTION |
| vs. | |
| CITY OF LOS ANGELES, ET AL., | Action Filed: October 28, 2015 |
| | Date:  None<br>Time:  None<br>Ctrm:   7B |
| Defendant(s). | |

**NOTICE OF COMPLETION OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE**

SHAYLA R. MYERS (264054)
smyers@lafla.org
MATTHEW CLARK (233736)
CLAUDIA MENJIVAR (291981)
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
T. (213) 640-3983  F. (213) 640-3988

MICHAEL KAUFMAN (254575)
mkaufman@aclusocal.org
JENNIFER PASQUARELLA (263241)
PETER BIBRING (223981)
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 West 8th Street
Los Angeles, California 90017
T. (213) 977-5232  F. (213) 417-2232

**Attorneys for Plaintiff Union Popular De Vendedores Ambulantes**

CYNTHIA ANDERSON-BARKER (SBN 175764)
**NATIONAL LAWYERS GUILD – LA**
3435 Wilshire Blvd # 2910
Los Angeles, CA 90010
T. 213 381-3246  F: 213 .52-0091
E: cablaw@hotmail.com

PAUL L. HOFFMAN (SBN 71244)
CATHERINE SWEETSER  (SBN 271142)
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**
11543 Olympic Boulevard
Los Angeles, California 90064
T. 310 396-0731  F. 310 399-7040
E. hoffpaul@aol.com
E. catherine.sdshhh@gmail.com

**NOTICE OF COMPLETION OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE**

The parties to this aciton, through their respective counsel, previously advised the Court that they reached a settlement but required additional time to complete the settlement.

All terms of the settlement have now been concluded.

Accordingly, Plaintiffs request that the Court enter an the concurrently filed [Proposed] Order dismissing the action in its entirety with prejudice.

Dated: January 28, 2018

Respecfully submitted,

Law Office of Carol A. Sobel

    /s/   Carol A. Sobel

By: CAROL A. SOBEL
Attorneys for Plaintiffs

**NOTICE OF COMPLETION OF SETTLEMENT AND REQUEST FOR DISMISSAL WITH PREJUDICE**